THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**KARA KOWALSKI,**

    Plaintiff,

v.                                      Civil Action No.   3:07-CV-147
                                                                          (Judge Bailey)

**BERKELEY COUNTY SCHOOLS,
MANNY P. AVRON, II, RONALD
STEPHENS, BECKY J. HARDEN,
BUFFY ASHCRAFT, and RICK DEUELL,**

    Defendants.

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
AND FOR CONTINUANCE OF TRIAL**

On this day, the above-styled matter came before the Court for consideration of the parties' Joint Motion for Extension of Time and For Continuance of Trial [Doc. 54]. In support of the motion, counsel states that no discovery has been conducted in this matter due to the pendency of the defendants' motion to dismiss [Doc. 40], upon which this Court has now ruled.

Having reviewed the motion, and finding good cause shown, it is the opinion of this Court that the parties' motion **[Doc. 54]** should be, and is, hereby **GRANTED**. Therefore, the February 12, 2008, Scheduling Order **[Doc. 23]** is hereby **VACATED**. Accordingly, this Court will conduct a telephonic scheduling conference on <u>November 24, 2008, at 1:30 p.m.</u> to determine new deadlines and a trial date. **The Court will initiate the phone conference using the telephone numbers provided in CM/ECF. The parties are**

**directed to contact the Court no later than November 21, 2008, if a <u>different</u> number is to be utilized for this call**.

The parties are directed to confer with each other regarding proposed dates and shall submit to this Court a planning meeting report on or before <u>November 21, 2008</u>. This report shall include the parties' report on those matters set forth in LR Civ P 16.01(b)(1-5) and 16.01(c) and the parties' discovery plan as required by Fed. R. Civ. P. 26(f). The parties may refer to Form 35 of the Federal Rules of Civil Procedure for an example of a report on a planning meeting. However, the parties should be certain to supplement Form 35 with LR Civ P 16.01(b)(1-5) and 16.01(c) disclosures. The parties' report on their meeting shall be considered by this Court as advisory only.  Parties and counsel are subject to sanctions as set forth in Fed. R. Civ. P. 16(f) and LR Civ P 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

The Court will review dates for the thirteen (13) items listed on the Scheduling Conference Checklist enclosed herewith. Pursuant to LR Civ P 16.01(e), a scheduling order will be entered thereafter.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** November 4, 2008.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____
Plaintiff(s),

v.

_____                    Civil Action No._____
Defendant(s).

**SCHEDULING ORDER CHECKLIST**

ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

   _____

2. MEDIATION          Before -

3. JOINDER AND AMENDMENTS

   _____

4. EXPERT DISCLOSURE

          a. With Burden     _____
          b. Without Burden  _____

5. EXAMINATION/INSPECTIONS

   _____

6. DISCOVERY COMPLETION

   _____

7. DISPOSITIVE MOTIONS          _____

   _____
   _____

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3

   _____

          a. Objections            _____

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS

              _____

    a. Objections     _____

10. MOTIONS IN LIMINE

              _____

    a. Objections     _____

11. JOINT FINAL PRETRIAL CONFERENCE ORDER

              _____

12. FINAL PRETRIAL CONFERENCE

              _____

13. Trial           _____

   (If non-jury trial, Proposed Findings of Fact
   and Conclusions of Law are to be filed with Court
   and opposing counsel _____)