FILED: August 18, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-1098
(3:07-cv-00147-JPB)
_____

KARA KOWALSKI

       Plaintiff - Appellant

v.

BERKELEY COUNTY SCHOOLS, a public school district; MANNY P. ARVON, II, Superintendent, in his official capacity; RONALD STEPHENS, Principal, in his official capacity and individually; BECKY J. HARDEN, Vice Principal, in her official capacity and individually; BUFFY ASHCRAFT, cheeleading coach, in her official capacity and individually; RICK DEUELL, Assistant Superintendent, in his official capacity

       Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered 7/27/2011, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*